## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00777-RBJ

HOMETOWN COMMUNITY ASSOCIATION, INC.

Plaintiff/Counter-Defendant,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

Defendant/Counter-Plaintiff.

_____

### JOINT MOTION FOR EXTENSION OF TIME
_____

NOW COME Defendant/Counter-Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Plaintiff/Counter-Defendant Hometown Community Association Inc. ("Hometown"), by and through their attorneys, and for their Joint Motion for Extension of Time, state as follows:

1.      On October 22, 2018, this Court granted the Parties Joint Motion to Modify the Scheduling Order and Vacate the Trial Date. *See* Dkt.57.  In its Order, this Court extended the discovery deadline to January 15, 2019 and the Dispositive Motion deadline to February 14, 2019. The trial preparation conference set for February 22, 2019 and jury trial set for March 4, 2019 were also vacated. *See* Dkt. 57.

2.      Thereafter, the Parties conferred and reset the Jury Trial for August 12, 2019 and Trial Preparation Conference for August 1, 2019. *See* Dkt. 59.

3.      To date, the Parties have completed six (6) depositions and have the three (3)

remaining depositions to be completed. The remaining depositions are scheduled to proceed on

January 15, 17, and 18, 2019, by agreement of the parties and respective deponents.

Additionally, the Parties have recently agreed to mediate this dispute before (Ret.) Judge Bill

Neighbors of JAG on February 14, 2019.

4.      Despite the Parties' best efforts, the depositions of Zack Fix[1] and Scott deLuise

had to be scheduled for January 17, 2019 and January 18, 2019 respectively due to counsel and

the deponents' availability.  The Parties do not anticipate that any additional depositions will be

needed after Mr. Fix and Mr. deLuise are deposed, and request a short extension of time from

January 15, 2019 to January 18, 2019 to complete all remaining discovery.

5.      The Parties also request an extension of time to March 14, 2019 to file dispositive

motions, in light of the mediation set for February 14, 2019.  The Parties believe that this request

is supported by good cause, as the Parties seek to save the time and expense of preparing and

filing dispositive motions prior to mediation, thereby increasing the likelihood of settlement.

Dated this 9th day of January, 2019.

FORAN GLENNON PALANDECH
PONZI & RUDLOFF, PC

*By: /s/ Jonathan T. Koehler*
Amy M. Samberg
Jonathan T. Koehler
700 17th Street, Suite 1350
Denver, CO 80202

---

[1] Counsel for Hometown had made numerous attempts to secure dates for the deposition of Zack Fix, however on or about December 26, 2018 Philadelphia's counsel was advised by counsel for Mr. Fix that he would be represented by counsel for his deposition.  Mr. Fix's counsel is located in Omaha, NE.

(720) 336-2260
asamberg@fgppr.com
jkoehler@fgppr.com


*Attorneys for Defendant/Counter-Plaintiff*

COOMBE CURRY RICH & JARVIS

*/s/ Gregg S. Rich*
Gregg S. Rich
Mark B. DeFore
1660 Lincoln Street, Suite 2950
Denver, CO 80264
(303) 572-4200
rich@ccrjlaw.com
defore@ccrjlaw.com

*Attorneys for Plaintiff/Counter-Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Gregg S. Rich
Mark B. Defore
Coombe Curry Rich & Jarvis
1660 Lincoln Street, Ste. 2950
Denver, CO 80264
*Attorneys for Plaintiff*

*s/ Letitia Conroy*
Letitia Conroy