# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00777-RBJ

HOMETOWN COMMUNITY ASSOCIATION, INC.

Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

Defendant.

_____

## JOINT NOTICE OF SETTLEMENT
_____

Plaintiff HOMETOWN COMMUNITY ASSOCIATION, INC. ("Plaintiff") and Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("Philadelphia"), collectively (the "Parties") by and through their respective undersigned counsel, hereby provide the Court with notice that the Parties have reached an agreement that that fully resolves all matters in dispute between them. The Parties are currently working to formalize their agreement in a final form, which contemplates the filing of a stipulated dismissal with prejudice once the final agreement is executed and effective. The Parties anticipate they will file the stipulation of dismissal on or before March 5, 2019. The Parties respectfully request that the Court take no further action in the case pending the filing of the dismissal stipulation.

Dated this 19th day of February, 2019

**COOMBE CURRY RICH & JARVIS**

*/s/ Gregg S. Rich*
Gregg S. Rich
Mark B. DeFore
1660 Lincoln Street, Suite 2950
Denver, CO 80264
(303) 572-4200
rich@ccrjlaw.com
defore@ccrjlaw.com

*Attorneys for Plaintiff*

**FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC.**

By: *s/ Jonathan T. Koehler*
Amy M. Samberg
Jonathan T. Koehler
700 17th Street, Suite 1350
Denver, CO 80202
Tel: (720) 336-2244
asamberg@fgppr.com
jkoehler@fgppr.com

*Attorneys for Defendant*

1118971.1

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2019, I electronically served the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Gregg S. Rich
Mark B. DeFore
Coombe Curry Rich & Jarvis
1660 Lincoln Street, Suite 2950
Denver, CO 80264
(303) 572-4200
rich@ccrjlaw.com
defore@ccrjlaw.com
***Attorneys for Plaintiff***

*s/ Letitia Conroy*
Letitia Conroy

1118971.1